IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI CANNON, | No. C 05-01688 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| STATE FARM MUTUAL, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 19, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 26, 2006.

DESIGNATION OF EXPERTS: 1/9/06; REBUTTAL: 1/20/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 26, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by March 3, 3006;

    Opp. Due March 17, 2006; Reply Due March 24, 2006;

    and set for hearing no later than April 7, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 16, 2006 at 3:30 PM.

JURY TRIAL DATE: May 29, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur during the 1st week of December 2005.

The parties shall produce initial disclosures during the week of September 12, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/12/05

_Susan Illston_

SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI CANNON, | No. C 05-01688 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| STATE FARM MUTUAL, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 19, 2005 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is February 26, 2006.

DESIGNATION OF EXPERTS: 1/9/06; REBUTTAL: 1/20/06.
Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 26, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by March 3, 3006;

Opp. Due March 17, 2006; Reply Due March 24, 2006;

and set for hearing no later than April 7, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 16, 2006 at 3:30 PM.

JURY TRIAL DATE: May 29, 2006 at 8:30 AM.,
Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur during the 1st week of December 2005.

The parties shall produce initial disclosures during the week of September 12, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 9/12/05

*Susan Illston*

SUSAN ILLSTON
United States District Judge