IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**

For the Northern District of California

| | |
|---|---|
| BOBBI CANNON, | No. C 05-01688 SI |
| Plaintiff, | **SECOND**<br>**PRETRIAL PREPARATION ORDER** |
| v. | |
| STATE FARM MUTUAL, | |
| Defendant. | |
| _____/ | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: April 14, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is April 28, 2006.

DESIGNATION OF EXPERTS: 3/10/06; REBUTTAL: 3/31/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is April 28, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by May 5, 2006;

    Opp. Due May 19, 2006; Reply Due May 26, 2006;

     and set for hearing no later than June 9, 2006 at 9:00 AM.

PRETRIAL CONFERENCE DATE: July 18, 2006 at 3:30 PM.

JURY TRIAL DATE: July 31, 2006 at 8:30 AM.,
    Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 12/22/05

_____
SUSAN ILLSTON
United States District Judge