**EDWARD M. MASTRANGELO, ESQ.** (S.B.N. 83720)
**MASTRANGELO LAW OFFICES**
A Professional Corporation
Two Theatre Square, Suite 234
Orinda, California 94563
Telephone: (925) 258-0500
Facsimile: (925) 254-0550

**RICHARD A. SELTZER** (S.B.N. 92317)
Two Theatre Square, Suite 234
Orinda, California 94563
Telephone: (925) 253-7909
Facsimile: (925) 254-0550

Attorneys for Plaintiff
BOBBI CANNON

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI CANNON, | Case No. C 05-01688 SI |
| Plaintiff, | **STIPULATION AND ORDER TO CHANGE BRIEFING SCHEDULE RE STATE FARM'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, DOES ONE through TWENTY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY THE PARTIES HERETO AS FOLLOWS:**

1. The Court at previous Case Management Conferences had ordered that all dispositive motions were to be filed no later than May 5, 2006, and set for hearing no later than June 9, 2006. A scheduling conflict with respect the depositions previously noticed of essential witnesses has developed which necessitates adjusting the briefing schedule to allow for the completion of these witness depositions. The depositions of these witnesses are now scheduled as follows:

| | |
|---|---|
| Renita A. Knight | May 23, 2006 |
| Julia Luy-Leibowitz | May 25, 2006 |
| Murphy Cheatham | June 2, 2006 |

**STIPULATION TO CHANGE BRIEFING SCHEDULE RE STATE FARM'S MOTION FOR SUMMARY JUDGMENT**

1

2. The parties hereto stipulate and propose to the Court that the hearing date on any dispositive motion shall be set no later than June 30, 2006, or a later date agreeable to the Court. Plaintiff's Opposition to any dispositive motion shall be filed no later than June 9, 2006; Defendant's Reply Brief shall be filed no later than June 16, 2006.

Date: May 10, 2006

By: _____
EDWARD M. MASTRANGELO, ESQ.
Attorney for Plaintiff Bobbi Cannon

Date: May 10, 2006

By: _____
BRIAN DAVIS, ESQ.
Attorney for State Farm Mutual Automobile Insurance Company

ORDER

The Court having reviewed the above Stipulation of the parties, and finding good cause therefore, hereby orders as follows:

1. The hearing date on any dispositive motion shall be set no later than June 30, 2006, or a later date agreeable to the Court.

2. Plaintiff's Opposition to any dispositive motion shall be filed no later than June 9, 2006; Defendant's Reply Brief shall be filed no later than June 16, 2006.

Date: _____

_____
SUSAN ILLSTON
Judge, United States Northern District

The pretrial conference shall be continued to July 25, 2006, at 3:30 p.m. The pretrial paperwork shall be filed on July 18, 2006.

STIPULATION TO CHANGE BRIEFING SCHEDULE RE STATE FARM'S MOTION FOR SUMMARY JUDGMENT

2