STEPHEN M. HAYES (SBN 83583)
BRIAN R. DAVIS (SBN 160817)
ELISA R. ALDECOA (SBN 210516)
**HAYES, DAVIS, ELLINGSON, McLAY & SCOTT**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

HAYES, DAVIS

MAY 25 2006

CALENDARED_____
FILE_____

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI CANNON;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES ONE through TWENTY, inclusive;<br><br>Defendants. | **CASE NO. CV 05-01688 SI**<br><br>**STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING: (1) PRODUCTION OF STATE FARM DOCUMENTS; AND (2) RESTRICTING DISSEMINATION OF DISCOVERY** |

**I.**
**STIPULATION**

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM") and plaintiff BOBBI CANNON ("CANNON") hereby stipulate to the following protective order with respect to and to accommodate STATE FARM's production of certain documents in response to CANNON's first set of requests for production of documents.

**II.**
**PRODUCTION OF DOCUMENTS AND CUSTODY OF THE SAME**

STATE FARM will produce all relevant and responsive "claims manuals" documents and materials concerning the handling of the STATE FARM insurance claims which have recently been withheld based upon the Trade Secret, commercial confidential materials, attorney-client privilege and attorney work-product doctrine, without waiving those objections. Production of those

24126                                        -1-

Documents hereinafter specified shall take place by mail from and/or at:

HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
203 Redwood Shores parkway
Suite 480
Redwood Shores, California 94065

and shall proceed in the following manner:

a) This Order shall be served on all parties;

b) All parties and counsel for all parties herein shall be subject to the Court Order for the purpose of limiting the dissemination of the Documents produced hereunder;

c) Those persons viewing the requested Documents or copies of the same shall agree to the terms and conditions set forth in the viewing record and agreement attached hereto; and

d) Copies of all Documents produced by STATE FARM shall be designed "CONFIDENTIAL DOCUMENTS SUBJECT TO STIPULATION AND COURT ORDER".

### III.
### PERSONS AUTHORIZED TO TAKE CUSTODY

Only attorneys for parties of record, and law clerks, secretaries, translators, and qualified stenographers for said attorneys, and any experts actually hired for consultation and/or testimony in connection with this case shall be allowed to view and retain custody of copies of the Documents or notes taken therefrom.

### IV.
### PROCEDURE FOR GRANTING CUSTODY

Prior to granting custody of copies of the subject Documents or notes taken therefrom, each person who is to take such custody shall be brought within the personal jurisdiction of the Court, including its contempt power, by signing a copy of this order signifying agreement to its provisions and consent to jurisdiction of the Court over his or her person for any proceedings involving alleged improper disclosures. Each such signature shall be made under penalty of perjury.

The failure to have each person sign a copy of this order prior to granting custody of copies of the subject Documents or notes taken therefrom will result in the prohibition of the parties using these documents for any purpose including this case.

# V.
## VIEWING RECORD AND AGREEMENT

No person shall be allowed or authorized to examine any portion of said Documents or notes arising therefrom, or to discuss the contents of either, until such persons has:

(1)     Read this Court Order; and

(2)     Completed and signed the "Viewing and Custody Record and Agreement" attached hereto as Exhibit "A".

# VI.
## JURISDICTION

Each person signing the "Viewing and Custody Record and Agreement" thereby agrees to be subject to the jurisdiction of this Court for contempt and other appropriate proceedings in the event of an alleged violation of this Protective Order.

# VII.
## NON-DISCLOSURE

No person authorized hereunder to view copies of the Documents or to make notes therefrom may disclose any portion of the subject matter or contents of either to any person not authorized hereunder.

# VIII.
## NON-DISSEMINATION

The Documents, copies of any portion of the same, contents of the Documents itself and all notes arising from examination of said Documents, as well as discussions of the contents thereof, shall be used only in connection with the present case of <u>Bobbi Cannon v. State Farm</u>, United States District Court, Northern District, Case Number CV-05-01688 SI, and shall be used for no other purposes whatsoever including, but not limited to, other lawsuits, actions, claims or demands.

# IX.
## ALL DOCUMENTS REVEALED TO THE COURT SHALL BE SEALED

All motions or other Documents filed with the Court, if any, which reveal any portion of the contents of the Documents, or notes arising therefrom, ~~shall be filed in a sealed envelope directly with the United States District Court, Northern District and shall be considered sealed Documents until further order of the Court. At any hearing or proceeding in which any Document covered by~~ in accordance with Civ. L.R. 79-5

24126                            -3-
**STIPULATION AND [PROPOSED] PROTECTIVE ORDER – CASE NO. CV 05-01688 SI**

1  ~~this order is referred to, revealed or discussed, either party can request that the hearing or~~
2  ~~proceeding be conducted in chambers. Any records made of such proceedings shall also be sealed~~
3  ~~until further order of the Court, if any.~~

### X.
### NON-WAIVER

The production of the subject Documents for inspection, viewing and custody shall not constitute a waiver of STATE FARM's right to claim in this lawsuit or otherwise, that said Documents or any documents described therein are privileged or otherwise non-discoverable or admissible.

### XI.
### SURRENDER OF DOCUMENTS

At the conclusion of the subject litigation, all Documents provided, and any copies thereof, under this protective order shall be returned to STATE FARM's counsel. The Documents are to be returned as soon as possible and no later than seven (7) days from the date of the dismissal of the action.

### XII.
### DESIGNATION OF PRIVILEGED DOCUMENTS

The parties shall be entitled to bring a motion to contest STATE FARM's designation that a particular Document or that Documents are protected by this order.

IT IS SO STIPULATED:

Dated: **MAY 30**, 2006         HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By_____
STEPHEN M. HAYES
BRIAN R. DAVIS
ELISA R. ALDECOA
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

///
///
///

24126                           -4-
**STIPULATION AND [PROPOSED] PROTECTIVE ORDER – CASE NO. CV 05-01688 SI**

| | | |
|---|---|---|
| 1 | Dated: 5/23/, 2006 | RICHARD SELTZER |
| 2 | | |
| 3 | | By _____ |
| 4 | | RICHARD SELTZER<br>Attorney for Plaintiff<br>BOBBBI CANNON |
| 5 | | |
| 6 | Dated: 5/23, 2006 | MASTRANGELO LAW OFFICES |
| 7 | | |
| 8 | | By _____ |
| 9 | | EDWARD M. MASTRANGELO<br>Attorney for Plaintiff<br>BOBBBI CANNON |
| 10 | | |
| 11 | | **XIII**<br>**ORDER** |
| 13 | IT IS SO ORDERED. | |
| 15 | Dated: _____, 2006 | |
| 16 | | _____<br>The Honorable Susan Illston<br>United States District Judge for the Northern District of California |

24126           -5-

**STIPULATION AND [PROPOSED] PROTECTIVE ORDER – CASE NO. CV 05-01688 SI**

# EXHIBIT "A"

HAYES, DAVIS

MAY 25 2006

CALENDARED_____

FILE_____

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI CANNON;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES ONE through TWENTY, inclusive;<br><br>Defendants. | CASE NO. CV 05-01688 SI<br><br>**INSPECTION AND VIEWING RECORD AND AGREEMENT FOR PROTECTIVE ORDER** |

## I.
## INSPECTION AND VIEWING RECORD AND AGREEMENT FOR PROTECTIVE ORDER

I am an attorney of record in the above-captioned action or a "Person Authorized to Take Custody" as defined by the Stipulation and Protective Order which is the subject of this Inspection and Viewing Record Agreement ("Agreement"). I agree, prior to the inspection and viewing of all relevant and responsive "writings reflecting any payments made from defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM" and/or "defendant") to plaintiff BOBBI CANNON ("CANNON" and/or plaintiff) in connection with any policies of insurance issued to plaintiffs" (hereinafter the "Documents"), to be brought within the personal jurisdiction of the Court by signing a copy of this Agreement, signifying agreement to its provisions and the provisions of the Stipulation and Protective Order and consent to jurisdiction of the Court

1 | over my person for any proceedings involving alleged improper disclosures.

2 |     I have read the Stipulation and Protective Order regarding: all relevant and responsive "claims manuals" documents and materials concerning the handling of the STATE FARM insurance claims which have recently been withheld based upon the Trade Secret, commercial confidential materials, attorney-client privilege and attorney work-product doctrine, without waiving those objections. Production of those Documents hereinafter specified shall take place by mail from and/or at. I agree to be subject to the jurisdiction of this Court for appropriate proceedings in the event of an alleged violation of the Stipulation and Protective Order. The Documents produced pursuant to this Stipulation and Protective Order, including any portion of said Documents, and all notes arising from the inspection and viewing of said Documents, as well as discussions of the contents thereof, shall be used only in connection with the present case of <u>Bobbi Cannon v. State Farm</u>, United States District Court, Northern District, Case Number CV 05-01688 SI no other purposes whatsoever including, but not limited to, other lawsuits, actions, claims or demands.

    This 23rd day of May 2006, I agree to the terms and conditions of the Stipulation and Protective Order and hereby enter into this Inspection and Viewing Record and Agreement under penalty of perjury of the laws of the United States of America.

_Richard Seltzer_
Printed Name

_/s/ Richard Seltzer_
Signature

24132      -2-

**INSPECTION AND VIEWING RECORD AND AGREEMENT - CASE NO. CV 05-01688 SI**

| | |
|---|---|
| 1 | **CASE NAME:** Cannon v. State Farm |
| | **ACTION NO.:** CV05-01688 SI |

## PROOF OF SERVICE

I am a citizen of the United States. My business address is 203 Redwood Shores Parkway, Suite 480, Redwood Shores, California 94065. I am employed in the County of San Mateo where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as: **STIPULATION AND [PROPOSED] PROTECTIVE ORDER REGARDING: (1) PRODUCTION OF STATE FARM DOCUMENTS; AND (2) RESTRICTING DISSEMINATION OF DISCOVERY**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Redwood City, California.

☐ (BY PERSONAL SERVICE) I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

| | |
|---|---|
| Edward M. Mastrangelo<br>MASTRAGELO LAW OFFICES<br>Two Theatre Square, Suite 234<br>Orinda, CA 94563<br>Telephone: 925.258.0500<br>Facsimile: 925.254.0550 | Richard Seltzer<br>A Professional Corporation<br>Two Theater Square, Suite 234<br>Orinda, California 94563<br>Telephone: 925.253.7909<br>Facsimile: 925.254.0550 |
| **Attorney for Plaintiff Bobbi Cannon** | **Attorney for Plaintiff Bobbi Cannon** |

☒ *(Federal)* I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 30, 2006, at Redwood City, California.

*Cynthia Thomas*

---

**PROOF OF SERVICE – CV05-01688 SI**