# RICHARD A. SELTZER
### Attorney at Law
**2 THEATRE SQUARE, SUITE 234**
**ORINDA, CALIFORNIA 94563**
**TELEPHONE: (925) 253-7909**
**FACSIMILE: (925) 254-0550**

June 21, 2006

Honorable Susan Illston
United States District Court
Courtroom 10, 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Cannon v. State Farm Mutual Automobile Insurance Company**
*U.S. District Court Case No. CV 05-01688 SI*

Dear Judge Illston:

Plaintiff Cannon requests permission to file the short, accompanying sur reply in order to address new matter in defendant State Farm's reply and filings of June 16, 2006, in support of State Farm's motion for summary judgment. It is suggested in Rutter Group's Federal Procedure Before Trial at Sections 12:106-12:107.2 and 14:96.1 that the filing of a sur reply is appropriate where new matters are raised in moving party's reply papers.

Thank you for your attention to this matter.

Very truly yours,

Richard A. Seltzer

RAS/vac
Enclosures

cc: Brian R. Davis, Esq.



IT IS SO ORDERED
Judge Susan Illston