IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOBBI CANNON,

        Plaintiff,

  v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

        Defendants.
                                            /

No. C 05-01688 SI

**ORDER RE: JURISDICTION**

On April 25, 2005, defendant State Farm Mutual Automobile Insurance Company removed this action to this Court based upon diversity jurisdiction. State Farm alleged that "[t]he amount in controversy includes plaintiff's alleged contract damages of $258,000, medical expenses in excess of $30,000, attorney fees in excess of $8,000, costs in excess of $3,000, loss of interests on $150,000, further attorney fees and costs, general damages and punitive damages." Notice of Removal, ¶ 4. A review of plaintiff's complaint, however, reveals that plaintiff does not seek either $258,000 or $30,000 as defendant claims.

The defendant in a removal case bears the burden of establishing federal court jurisdiction. *See Abrego Abrego v. The Dow Chemical Co.*, 443 F.3d 676, 682-83 ("Where the complaint does not specify the amount of damages sought, the removing defendant must prove by a preponderance of the evidence that the amount in controversy requirement has been met."). As defendant here has incorrectly alleged the amount in controversy, the parties should come to the hearing on defendant's motion for summary judgment, scheduled for Friday, June 30, 2006, prepared to discuss whether this Court has jurisdiction over this matter.

**IT IS SO ORDERED.**

Dated: June 26, 2006

                                                            SUSAN ILLSTON
                                                            United States District Judge