STEPHEN M. HAYES (SBN 83583)
BRIAN R. DAVIS (SBN 160817)
ELISA R. ALDECOA (SBN 210516)
**HAYES, DAVIS, ELLINGSON, McLAY & SCOTT**
203 Redwood Shores Parkway, Suite 480
Redwood Shores, CA 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI CANNON;<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; and DOES ONE through TWENTY, inclusive;<br><br>Defendants. | CASE NO. CV 05-01688 SI<br><br>**STIPULATION AND [PROPOSED] ORDER OF CONDITIONAL DISMISSAL**<br><br>[Federal Rules of Civil Procedure, Rule 41(a)(1)] |

IT IS HEREBY STIPULATED by plaintiff BOBBI CANNON, through her attorneys of record Richard A. Seltzer of Law Offices of Richard A. Seltzer, and Edward M. Mastrangelo of the Mastrangelo Law Offices, defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through its attorneys of record Stephen M. Hayes and Brian R. Davis of Hayes, Davis, Ellingson, McLay & Scott, that the above-captioned action has been resolved and the necessary closing papers are in the process of being prepared and executed, and expected to be completed within the next thirty (30) days.

IT IS HEREBY FURTHER STIPULATED by CANNON and STATE FARM that the above-captioned action be DISMISSED WITH PREJUDICE within thirty (30) days pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1).

Dated: July 24, 2006     LAW OFFICES OF RICHARD A. SELTZER

By _____
RICHARD A. SELTZER
Attorney for Plaintiff
BOBBI CANNON

Dated: July 27, 2006     MASTRANGELO LAW OFFICES

By _____
EDWARD M. MASTRANGELO
Attorney for Plaintiff
BOBBI CANNON

Dated: July 21, 2006     HAYES, DAVIS, ELLINGSON, MCLAY & SCOTT

By _____
STEPHEN M. HAYES
BRIAN R. DAVIS
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

Dated: __7/31/06__, 2006

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

-2-
STIPULATION AND [PROPOSED] ORDER OF CONDITIONAL DISMISSAL